NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**DARRALYN C. COUNCIL, SR.,**
*Petitioner,*

**v.**

**DEPARTMENT OF VETERANS AFFAIRS,**
*Respondent.*

_____

2012-3168

_____

Petition for review of the Merit Systems Protection Board in case no. AT1221120027-W-1.

_____

**ON MOTION**

_____

**O R D E R**

The Department of Veterans Affairs moves for an extension of time until January 4, 2013 to file its brief. Darralyn C. Council, Sr. opposes. Council moves for leave to file a supplemental brief.

Accordingly,

IT IS ORDERED THAT:

DARRALYN COUNCIL V. DVA                                          2

    (1)   The Department of Veterans Affairs' motion is granted.

    (2)   Council's motion to file a supplemental brief is denied.

FOR THE COURT


/s/ Jan Horbaly
Jan Horbaly
Clerk

s26